UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE CHICAGO BRIDGE & IRON COMPANY N.V. SHAREHOLDER LITIGATION | LEAD CASE NO. 4:18-cv-00273<br><br>Judge Sim Lake |

| | |
|---|---|
| PAUL E. JUDD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHICAGO BRIDGE & IRON COMPANY N.V., MARSHA C. WILLIAMS, L. RICHARD FLURY, LARRY MCVAY, W. CRAIG KISSEL, DEBORAH M. FRETZ, JAMES R. BOLCH, JAMES H. MILLER, and FORBES I.J. ALEXANDER,<br><br>Defendants. | Civil Action No. 4:18-cv-00799<br><br>Judge Vanessa Gilmore |

## ORDER GRANTING DEFENDANTS' MOTION TO CONSOLIDATE RELATED CASES

Before the Court is Defendants' Motion to Consolidate Related Cases (the "Motion"). In reviewing the pending matters in each case, the Motion, and any responses and replies, the Court **HEREBY GRANTS THE MOTION.**

**IT IS THEREFORE ORDERED THAT:**

The action entitled *Paul E. Judd, Individually and on Behalf of All Others Similarly Situated v. Chicago Bridge & Iron Co. N.V., et al.*, Civil Action No. 4:18-cv-00799 (the

"Action") is hereby consolidated into *In Re Chicago Bridge & Iron Company N.V. Shareholder Litigation*, Civil Action No. 4:18-cv-00273.

IT IS FURTHER ORDERED that the Action is hereby consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. *In Re Chicago Bridge & Iron Company N.V. Shareholder Litigation*, Civil Action No. 4:18-cv-00273 is designated the lead case (the "Consolidated Action").

IT IS FURTHER ORDERED that every pleading filed in the Consolidated Action, or in any separate action consolidated herein, shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE CHICAGO BRIDGE & IRON COMPANY N.V. SHAREHOLDER LITIGATION | LEAD CASE NO. 4:14-cv-00273 |

IT IS FURTHER ORDERED that the file in Civil Action No. 4:18-cv-00273 shall constitute a Master File for every action in the Consolidated Action.

**SIGNED** on _MARCH 16,_ 2018.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE