United States District Court
Southern District of Texas
**ENTERED**
April 24, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE CHICAGO BRIDGE & IRON COMPANY N.V., SECURITIES LITIGATION | Lead Case No. 4:18-cv-0273 |

### ORDER GRANTING INTERIM LEAD PLAINTIFFS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF COUNSEL

Having considered all pleadings filed in the above-captioned action, and for good cause shown:

1. The Court finds that The George Leon Family Trust and GrowthQuest Capital Inc. (collectively, "Interim Lead Plaintiff") is the most adequate plaintiff under the Private Securities Litigation Reform Act of 1995, as amended (the "PSLRA"), and is, therefore, appointed as Lead Plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(i). The Court also approves Interim Lead Plaintiff's selection of counsel, pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), and appoints Rigrodsky & Long, P.A. as Lead Counsel, and Kendall Law Group, PLLC as Local Counsel, for the Class.

2. Lead Counsel shall serve as the primary liaison between plaintiffs and counsel for defendants, and shall have the following responsibilities and duties:

   a. to coordinate proceedings with all plaintiffs' counsel, including all pleadings, motions, briefing and argument;

   b. to coordinate the conduct of all discovery and discovery proceedings, including all depositions;

   c. to act as spokesperson for plaintiffs at all pretrial conferences;

   d. to coordinate all trial preparation; and

      e.    to initiate and conduct all settlement negotiations with counsel for defendants.

3. No motion, discovery request, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs. No settlement negotiations shall be conducted without the approval of the Lead Counsel.

4. Service upon any plaintiff of all pleadings, motions, or other papers in the Consolidated Action, except those specifically addressed to a plaintiff other than Lead Plaintiff, shall be completed upon service of Lead Counsel.

IT IS SO ORDERED.

Dated: **April 24, 2018**

                                              HON. SIM LAKE
                                      UNITED STATES DISTRICT JUDGE