# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE CHICAGO BRIDGE & IRON COMPANY N.V., SECURITIES LITIGATION | Lead Case No. 4:18-cv-0273 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), The George Leon Family Trust and GrowthQuest Capital, Inc. (collectively "Lead Plaintiffs") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to the Lead Plaintiffs only. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified.

Dated: December 11, 2018

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
Timothy J. MacFall
825 East Gate Blvd., Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Facsimile: (302) 654-7530
tjm@rl-legal.com

*Lead Counsel for Plaintiffs*

**RM LAW, P.C.**
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800
Facsimile: (484) 631-1305

*Additional Counsel for Plaintiffs*

**THE KENDALL LAW GROUP, PLLC**

By: /s/ Jamie J. McKey
Joe Kendall (Texas Bar No. 11260700)
jkendall@kendalllawgroup.com
Jamie J. McKey (Texas Bar No. 24045262)
jmckey@kendalllawgroup.com
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: (214) 744-3000
Facsimile: (214) 744-3015

*Local Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon its filing via this Court's CM/ECF system on this 11th day of December, 2018 to all counsel of record.

>  */s/Jamie J. McKey*
>  Jamie J. McKey