United States District Court
Southern District of Texas
**ENTERED**
December 12, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Rome L. McIntyre, et al,** § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | CIVIL ACTION NO. H-18-273 | |
| § | | |
| **Chicago Bridge & Iron Company N.V., et al,** § | | |
| Defendants. § | | |

## O R D E R

In accordance with the Notice of Voluntary Dismissal filed on December 11, 2018 (docket entry no. 66), this consolidated action is hereby **DISMISSED** with prejudice.

**SIGNED** at Houston, Texas, on this 12th day of December, 2018.

SIM LAKE
UNITED STATES DISTRICT JUDGE